AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

ANTONINA TROYER

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, JONELL HENDRIX

*Defendant(s)*

Civil Action No. 25-cv-11054 LJC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States of America
C/O Craig H. Missakian
U.S. Attorney -- Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
c/o Pamela J. Bondi
U.S. Attorney General - US Dept of Justice
950 Pennsylvania Ave. NW; Washington, DC
20530-0001

Jonell Hendrix

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alana L. McMains
McMains Law, APC
185 W. F St. #100-R
San Diego, CA 92101
alana@mcmainslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 12/30/2025

Cindy Hernandez
*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-cv-11054 LJC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* see attached

was received by me on *(date)* __________ .

❐ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

MCMAINS LAW, APC
185 W F STREET, #100-R
SAN DIEGO, CA 92101
619-310-5421
Attorney for: ANTONINA TROYER, AN INDIVIDUAL
Atty. File No.: 4:25-CV-11054-YGR

UNITED STATES DISTRICT COURT

PLAINTIFF : ANTONINA TROYER, AN INDIVIDUAL
DEFENDANT : UNITED STATES OF AMERICA ET AL.

Case No. : 4:25-CV-11054-YGR
**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER IN CIVIL CASES; STANDING ORDER RE: PRETRIAL INSTRUCTIONS IN CIVIL CASES

3. a. Party Served : JONELL HENDRIX, INDIVIDUAL
   b. Person Served : JONELL HENDRIX, PERSONALLY
   (AFAM/M/40S/6FT1-6FT6/201-220LB/BALD)

4. Address where the party was served: 4504 ANTELOPE PARK WAY
   ANTELOPE, CA 95843 (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 4, 2026 (2) at: 11:10 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. KEIANNA HOSTETLER
   b. KNOX ATTORNEY SERVICE, INC.
   2020 CAMINO DEL RIO N. #700
   SAN DIEGO, CA 92108
   c. 619-233-9700
   d. Fee For Service : $ 130.75
   e. I am
   (3) a registered California process server
   (i) an independent contractor
   (ii) Registration No.: 2025-048
   (iii) County: SACRAMENTO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date : April 7, 2026

Signature: ____________________
KEIANNA HOSTETLER